**Motion granted and Order filed June 9, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00185-CV
_____

**NOBLE DRILLING (U.S.) LLC, Appellant**

**V.**

**ERIC WHEELER, Appellee**

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-287270**

### ORDER

On May 6, 2022, this court entered an order staying an order the trial court signed on March 2, 2022 regarding injunctive relief. Now before the court is the parties' joint motion seeking to temporarily lift that stay for the sole purpose of allowing the trial court to sign an amended temporary injunction order that includes entries for a trial date and bond amount pursuant to Texas Rules of Civil Procedure 683 and 684. The motion is GRANTED. This court's stay of May 6, 2022 is lifted for the sole purpose of allowing the trial court to sign the amended temporary

injunction order contemplated by the motion. The trial court clerk is ordered to forward to this court a supplemental clerk's record containing a signed copy of the amended temporary injunction order within **seven days** of the trial court signing it. Appellant shall file its amended brief within **ten days** of the trial court signing the amended temporary injunction order, and appellee's amended brief shall be due within **ten days** of appellant filing their amended brief. No extensions of these briefing deadlines will be granted absent exceptional circumstances.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.